In the Matter of the Application, Pursuant to Section 36 of the Public Officers Law, for the Removal of a Village President, on Complaint of SYLVESTER TEATOR against PATRICK H. MOREY, as President of the Village of Tivoli, Dutchess County, N. Y.— Application denied. Assuming that the charges (none of which involves corruption, and many of which are alleged to have been committed in preceding terms of the official) were specifically stated with substantial certainty, which we do not decide, the term of the village president is about to expire, and it would be impracticable for this court to conduct a hearing and make a decision before the

expiration of the term.    Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.